**Dismiss and Opinion Filed April 19, 2024**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

## No. 05-23-00887-CV
_____

**SHARON FELEKE AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**ORION MCKINNEY LLC, DBA ORION MCKINNEY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02411-2023**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Appellant's brief in this case is overdue. By postcard dated March 4, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

230887f.p05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHARON FELEKE AND ALL OTHER OCCUPANTS, Appellant

No. 05-23-00887-CV     V.

ORION MCKINNEY LLC, DBA ORION MCKINNEY, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas Trial Court Cause No. 004-02411-2023.
Opinion delivered by Justice Pedersen, III. Justices Partida-Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 19th day of April, 2024.